IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


Sealed

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | No. 4:14CR189 |
| § | Judge Crone |
| JOSE ORLANDO BURITICA-BEDOYA § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 10 2014

BY DAVID J. MALAND, CLERK
DEPUTY_____

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Cocaine)

That from sometime in or about January 2008, and continuously thereafter up to and including November 12, 2014, in the Eastern District of Texas and elsewhere, **Jose Orlando Buritica-Bedoya**, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

>Violation: 21 U.S.C. § 963 (Conspiracy to Import Cocaine and to Manufacture and Distribute Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States)

That from sometime in or about January 2008, and continuously thereafter up to and including November 12, 2014, in the Republic of Colombia, the Republic of Mexico, Eastern District of Texas and elsewhere, **Jose Orlando Buritica-Bedoya**, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to commit the following offenses against the United States: (1) to knowingly and intentionally import five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, into the United States from the Republics of Colombia and Mexico in violation of 21 U.S.C. §§ 952 and 960, and (2) to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 952 and 960.

In violation of 21 U.S.C. § 963.

## Count Three

> Violation: 21 U.S.C. § 959 and 18 U.S.C. § 2 (Manufacturing and Distributing Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States)

That from sometime in or about January 2008, and continuously thereafter up to and including November 12, 2014, in the Eastern District of Texas and elsewhere, **Jose Orlando Buritica-Bedoya**, defendant, did knowingly and intentionally manufacture and distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

In violation of 21 U.S.C. § 959 and 18 U.S.C. § 2.

## Count Four

> Violation: 46 U.S.C. §§ 70503 (a) and 70506(a) & (b) (Conspiracy to Possess with the Intent to Distribute Cocaine while on board a vessel subject to the jurisdiction of the United States)

That from sometime in or about January 2008, and continuously thereafter up to and including November 12, 2014, in the Eastern District of Texas and elsewhere, **Jose Orlando Buritica-Bedoya**, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II

controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b) and 21 U.S.C. §§ 960(b)(1)(B)(ii).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

From their engagement in the violation alleged in Counts One, Two, and Three of this Indictment, the defendant, **Jose Orlando Buritica-Bedoya**, shall forfeit to the United States, pursuant to 21 U.S.C. § 970, incorporating the provisions of 21 U.S.C. § 853(a)(1) and (2), all of their interest in:

   a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violation; and

   b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

From their engagement in the violation alleged in Count Four of this Indictment, the defendant, **Jose Orlando Buritica-Bedoya**, shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), all of their rights, titles, and interests in any property described in 21 U.S.C. § 881(a)(1) through (11), that was used or intended for use to commit, or to facilitate the commission of, such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third person;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

12-10-14
Date

Indictment/Notice of Penalty – Page 5

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR |
| | § | Judge |
| JOSE ORLANDO BURITICA-BEDOYA | § | |

## Count One

Violation:   21 U.S.C. § 846

Penalty:   If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

Special Assessment:   $100.00

## Count Two

Violation:   21 U.S.C. § 963

Penalty:   Imprisonment for not less than ten years or more than life, a fine not to exceed $4,000,000.00 or both. A term of supervised release of at least five years

Special Assessment:   $100.00

## Count Three

Violation:   21 U.S.C. § 959

Penalty:   Imprisonment for not less than ten years or more than life, a fine not to exceed $4,000,000.00 or both. A term of supervised release of at least five years

Special Assessment:   $100.00

## Count Four

Violation:   46 U.S.C. §70503(a) and 70506 (a) & (b)

Penalty:       Imprisonment for not less than ten years or more than life, a fine not to exceed $4,000,000.00 or both.  A term of supervised release of at least five years

Special Assessment: $100.00